**DENY; and Opinion Filed January 3, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01523-CV

### IN RE GUARDIANSHIP OF CLARENCE LAMAR NORSWORTHY, AN INCAPACITATED PERSON, Relator

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-16-1331-2**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Brown
Opinion by Justice Fillmore

Before the Court is relator Jeanette Norsworthy's December 29, 2016 petition for writ of mandamus in which relator contends the probate court abused its discretion by quashing the depositions of three people and imposing sanctions against her counsel.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we

deny relator's petition for writ of mandamus and deny as moot relator's emergency motion to stay trial court proceedings.

/Robert M. Fillmore/

ROBERT M. FILLMORE

JUSTICE

161523F.P05